## HUDSON v. HODGE.

(Filed October 17, 1905).

*Action Before Justice of Peace—Title to Real Estate in Controversy.*

In an action for rent begun before a justice of the peace where the defendant denied plaintiff's title and lease, the justice properly dismissed the action.

ACTION by W. L. Hudson against Isham Hodge, heard by *Judge G. S. Ferguson* and a jury, at the March Term, 1905, of the Superior Court of CUMBERLAND County, upon appeal from a justice of the peace. From a judgment for the plaintiff, the defendant appealed.

No counsel for the plaintiff.
*N. A. Sinclair* for the defendant.

*Per curiam:* Action for rent begun before a justice of the peace. The defendant denied plaintiff's title and lease, and the justice properly dismissed the action. The Code, sections 836, 837; *Hahn v. Guilford,* 87 N. C., 172. The judge below should have taken the same course. The litigation over the title and tenancy were before us at this term, *Hodge v. Hudson.*

Action Dismissed.